**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**                                          **CRIMINAL ACTION NO.   3:09CR-164-CRS**

**RYAN LYNN DEAN**                                                              **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY,
### ADJUDICATION OF GUILT, AND
### NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the

plea of guilty by the Defendant to Count 1 of the Indictment is hereby accepted, and the

Defendant is adjudged guilty of such an offense.

Sentencing is set on **DECEMBER 13, 2010 at 2:30 p.m**. before the undersigned.

**IT IS SO ORDERED THIS**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant